**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOHN ADAMS**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JOHN ADAMS,** | No.   2:17-CV-02087-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 12, 2018.

This is a second extension though after the due date based on the scheduling order. Plaintiff's counsel had six briefs of varying sorts, four being federal court motions, due between Friday, September 28, and Tuesday, October 2, 2018, and seeks to do three of them.

[Pleading Title] - 1

Dated:   October 1, 2018                    /s/   *Jesse S. Kaplan*
                                            JESSE S. KAPLAN
                                            Attorney for Plaintiff


                                            McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Counsel, Region IX
                                            Social Security Administration

Dated:  October 1, 2018                      */s/ per e-mail authorization*
                                            CAROL S. CLARK
                                            Special Assistant U.S. Attorney
                                            Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, plaintiff's requested extension of time is granted.  Plaintiff shall file his motion for summary judgment by October 12, 2018.

SO ORDERED.

Dated:  October 4, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE