**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOHN ADAMS**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **JOHN ADAMS,** | No.   2:17-CV-02087-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to January 17, 2019.

This is a first extension, based on other work plaintiff's counsel must complete.

Dated:   January 4, 2019                                                        /s/    *Jesse S. Kaplan*
                                                                                                   JESSE S. KAPLAN
                                                                                                   Attorney for Plaintiff

[Pleading Title] - 1

| | |
|---|---|
| | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Counsel, Region IX<br>Social Security Administration |
| Dated: January 4, 2019 |   /s/ per e-mail authorization<br>CAROL S. CLARK<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 17, 2019.

SO ORDERED.

Dated: January 9, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE